IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01027-RPM

EMILY GARABED,

    Plaintiff,

v.

PROGRESSIVE DIRECT INSURANCE COMPANY,

    Defendant.

---

ORDER GRANTING MOTION TO AMEND COMPLAINT

---

Upon consideration of the unopposed Motion to Amend Complaint [8], it is

ORDERED that the motion is granted and the Second amended Complaint attached thereto is accepted for filing.

Dated: June 2nd, 2010

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____

                            Richard P. Matsch, Senior District Judge