IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01027-RPM

EMILY GARABED,

    Plaintiff,

v.

PROGRESSIVE DIRECT INSURANCE COMPANY,

    Defendant.

---

ORDER GRANTING UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER

---

After review the parties Unopposed Motion to Modify Scheduling Order, filed November 5, 2010 [17], it is

ORDERED that the motion is granted and the Scheduling Order [14] deadlines are modified as indicated:

    Expert Witness:    January 6, 2011;
    Contradicting Experts:    February 5, 2011;
    Rebuttal Experts:    February 25, 2011;
    Dispositive Motions:    March 10, 2011;
    Discovery Cut-off    March 14, 2011.

Dated:    November 12th , 2010

                      BY THE COURT:

                      s/Richard P. Matsch
                      _____
                      Richard P. Matsch, Senior District Judge