IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  10-cv-01027-RPM

EMILY GARABED,

    Plaintiff

v.

PROGRESSIVE DIRECT INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Stipulation to Dismiss with Prejudice [19] filed on December 22, 2010, it is

ORDERED that this action dismissed with prejudice, with each party to pay their own attorneys' fees and costs.

DATED this 23rd day of December, 2010.

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____

                                Richard P. Matsch, Senior District Judge